THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Daniel Nations, Appellant.
 
 
 
 
 

Appeal From Beaufort County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2010-UP-071
 Submitted January 4, 2010  Filed February
1, 2010   

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General,
 Salley W. Elliott,
 and Assistant Attorney General Christina
 J. Catoe, all of Columbia; Solicitor I. McDuffie Stone, III, of Bluffton, for
 Respondent.
 
 
 

PER CURIAM:  Daniel Nations appeals his conviction and
 sentence for indecent exposure, arguing the State failed to prove he indecently
 exposed himself in a public place.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  S.C. Code
 Ann. § 16-15-130(A) (2003 & Supp. 2009) ("It is unlawful for a person
 to wilfully, maliciously, and indecently expose his person in a public place,
 on public property, or to the view of any person on a street or
 highway.") (emphasis added); State v. Bailey, 298 S.C. 1, 5, 377 S.E.2d 581, 584 (1989) ("A party cannot
 argue one ground for a directed verdict in trial and then an alternative ground
 on appeal."); State v. Williams, 280 S.C. 305, 306-07, 312 S.E.2d
 555, 556 (1984) (citing with favor the definition of "public place"
 appearing in the fourth edition of Black's Law Dictionary and noting that it
 was "common knowledge" that the particular locations at issue were
 not private residences).
AFFIRMED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.